## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) CIV 05-2660-PHX-FJM |
| Yield Channel, Inc., et al., | ) |
| Defendants. | ) |

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.


 February 16, 2007                                     RICHARD H. WEARE
     Date                                              District Court Executive/Clerk

                                                        s/L. Fettis
                                                        Deputy Clerk

cc: (all counsel)